# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES BEASON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-01281-EPG<br><br>**ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF**<br><br>(ECF No. 9) |

　　　　Based upon the stipulation between the parties (ECF No. 9), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to file his Opening Brief. Plaintiff shall file his Opening Brief no later than May 2, 2016.  All other deadlines set forth in the Scheduling Order (ECF No. 3) are modified accordingly.

IT IS SO ORDERED.

　　Dated:　**March 30, 2016**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING BRIEFING SCHEDULE