PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO)**

| | |
|---|---|
| JOSEPH JAMES BEASON,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:15-cv-01281-EPG<br><br>JOINT STIPULATION<br>FOR EXTENSION OF TIME; ORDER |

1

1    The parties hereby stipulate, through their undersigned attorneys and subject to the
2    Court's approval, that Defendant shall have an extension of time until July 1, 2016, in which to
3    file her answering brief, with all subsequent deadlines set forth in the Court's scheduling order
4    also extended accordingly. Defendant requests this extension because of her attorney's
5    inordinately heavy caseload in May 2016 and into June 2016, as well as his longstanding
6    vacation plans that put him out of the country for much of June 2016. This is Defendant's first
7    request for an extension in this case. The parties stipulate in good faith, with no intent to delay
8    proceedings unduly.

Respectfully submitted,

Date: *May 23, 2016*        */s/ James A. Yoro*
                            JAMES A. YORO
                            Attorney for Plaintiff


Date: *May 23, 2016*        PHILLIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH L. STACHEL
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                             */s/ Timothy R. Bolin*
                            TIMOTHY R. BOLIN
                            Special Assistant United States Attorney

# ORDER

Based on the above stipulation, and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than July 1, 2016. Plaintiff may file his reply brief no later than July 18, 2016.

IT IS SO ORDERED.

Dated:   **May 24, 2016**                                    /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE

3