PHILIP A TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration
JEAN M. TURK CSBN 131517
Special Assistant United States Attorney
160 Spear Street Suite 800
San Francisco, California 94105
Telephone: (415) 977-8935;   Facsimile: (415) 744-0134
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JOSEPH JAMES BEASON, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant.[1] | Case No.: 1:15-CV-01281 EPG <br><br> STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) <br> AND COSTS |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS ($5,000.00), and costs of FOUR HUNDRED DOLLARS ($400.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Order for EAJA Fees:
1:15-CV-01281 EPG                              1

costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to James A Yoro, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: May 26, 2017

Respectfully submitted,
*/s/ James A. Yoro*
JAMES A. YORO
Attorney for Plaintiff
[as authorized by EMAIL on May 26, 2017 ]

Dated: May 30, 2017

PHILIP A TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
By:  */s/ Jean M. Turk*
JEAN M. TURK
Special Assistant U.S. Attorney
Attorneys for Defendant

# ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 29), IT IS ORDERED that fees and expenses in the amount of $5,400.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation. Plaintiffs' Motion for Attorney Fees (ECF Nos. 26, 28) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **May 30, 2017**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE